# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Adam Noskoviak, Zachary Miller, and all others similarly situated under 29 U.S.C. § 216(b), | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Noble Casing, Inc. & Chance Innis, individually, | ) ) ) | Case No. 1:16-cv-283 |
| Defendants. | ) | |

The court held a scheduling conference with the parties on October 21, 2016. Pursuant to its discussion with the parties, the court shall conduct a second scheduling at a future date and time. In the interim, the court authorizes the parties to commence pretrial discovery.

**IT IS SO ORDERED.**

Dated this 26th day of October, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court